NUMBER 13-99-599-CR




COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


JOSE M. CANTU, JR.
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 36th District Court 


of Aransas County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam



 Appellant, JOSE M. CANTU, JR., perfected an appeal from a
judgment entered by the 36th District Court of Aransas County, Texas, 
in cause number A-99-0063-2-CR. On April 13, 2000, this cause was
abated, and the trial court was directed to conduct a hearing in
accordance with Tex. R. App. P. 38.8(b)(2). The trial court's findings and
recommendations were received on May 1, 2000. The trial court found
that the appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial
court's findings and recommendations, is of the opinion that the appeal
should be dismissed. The appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 11th day of May, 2000.